**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EDWIN C. HAINES T/D/B/A ECHO,     :    No. 833 MAL 2016
: 
         Respondent         : 
: 
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
           v.               : 
: 
: 
LOFTY HACKENBERG AND TINA      : 
HACKENBERG, PARTNERS T/A       : 
LOFTY'S RESTAURANT,            : 
: 
         Petitioners         : 


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.